Form 410

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William Gregory Charles
Barbara Charles**
   Debtor(s)

Bankruptcy Case No.: 16–24015–CMB
Related to Doc. No. 97
Chapter: 13
Docket No.: 98 – 97
Concil. Conf.: November 12, 2020 at 09:00 AM

## ORDER

    **WHEREAS,** the Trustee filed and served a *Certificate of Default Requesting Dismissal of Case,* alleging that the Debtor(s) failed to make regular plan payments and are in material default under the plan,

    **IT IS HEREBY ORDERED** that, on or before **September 28, 2020,** Debtor(s) must file *Documentary Proof of Payment* according to the accompanying *Instructions,* together with either:

    1. a *Notarized Affidavit* or *Declaration* under penalty of perjury that states Debtor(s)' current mailing address and includes an explanation of Debtor(s)' failure to comply with the current plan payment and/or a statement setting forth why the Debtor(s) dispute the *Certificate of Default;*

**OR**

    2. a *Notice of Proposed Modification to Confirmed Plan* and an *Amended Plan* to cure the plan defaults. Debtor(s) must make all plan payments in accordance with the *Amended Plan* pending its confirmation. If the Debtor(s) default on such plan payments, and if the Trustee moves for dismissal of this case, the case will be **DISMISSED,** without further notice or hearing.

    **IT IS FURTHER ORDERED** that, if the Debtor(s) elect to file an *Amended Plan,* the Debtor(s) must immediately serve a copy of the *Notice of Proposed Modification to Confirmed Plan,* the *Amended Plan,* and the *Documentary Proof of Payment* on the Chapter 13 Trustee and all parties on the mailing matrix and file a *Certificate of Service* with the Clerk.

    On or before **October 19, 2020,** if the Debtor(s) elect to file an *Amended Plan,* all *Objections* must be filed and served on the Debtor(s), Chapter 13 Trustee and any creditor whose claim is the subject of the *Objection.* Any creditor who files a timely *Objection* must appear at the scheduled Conciliation Conference. Untimely *Objections* will not be considered.

    On **November 12, 2020** at **09:00 AM** a Conciliation Conference (on plan defaults or the *Amended Plan)* will occur with the Chapter 13 Trustee at remotely by the Trustee via Zoom, how to participate:goto www.ch13pitt.com, meetings@chapter13trusteewdpa.com.

    If the Parties cannot resolve all disputes at the Conciliation Conference, a hearing will be scheduled and orally announced at the conclusion of the Conference without any further written notice to any party. Parties are directed to monitor the Court's docket and read the Chapter 13 Trustee's minutes of the Conciliation conference to the extent such parties desire more information regarding the outcome of the Conciliation Conference.

    This case will be **DISMISSED WITHOUT PREJUDICE** and no hearing or conference shall take place, unless the Debtor(s) comply fully with this *Order* by filing and serving all of the required items.

Dated: August 13, 2020

                                                               Carlota M. Bohm
                                                              United States Bankruptcy Judge

cm: All Creditors and Parties In Interest

**INSTRUCTIONS FOR DOCUMENTARY PROOF OF PAYMENT**

In response to the Trustee's *Certificate of Default Requesting Dismissal of Case,* Debtor(s) must file *Documentary Proof of Payment* that at least one full plan payment has been submitted to the Trustee since the Trustee filed and served the *Certificate of Default.*

The *Documentary Proof of Payment* must include a copy of a money order, cashier's check, earnings statement(s) or pay stub(s) showing payroll or benefit deduction(s) used to make the plan payment.

The *Documentary Proof of Payment* must also include a copy of the Trustee's printout of the Debtor(s)' payment history of receipts (available on the Trustee's website) indicating the amounts and dates of payments received by the Trustee.

Debtor(s)' case name and bankruptcy case number must be included on the payment.

The plan payment must be sent to the Chapter 13 Trustee's lock box bank account addressed to:

Ronda J. Winnecour, Trustee
P.O. Box 84051
Chicago, IL 60689–4002

United States Bankruptcy Court
Western District of Pennsylvania

In re:                                                                    Case No. 16-24015-CMB
William Gregory Charles                                                   Chapter 13
Barbara Charles
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2         User: dric              Page 1 of 3              Date Rcvd: Aug 13, 2020
                             Form ID: 410            Total Noticed: 50

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 15, 2020.
```
db/jdb         +William Gregory Charles,    Barbara Charles,    1212 Fairdale Street,    Pittsburgh, PA 15204-1746
cr             +County of Allegheny,    Goehring, Rutter, and Boehm,    437 Grant Street, 14th Floor,
                 Frick Building,    Pittsburgh, PA 15219,    UNITED STATES OF AMERICA 15219-6101
cr             +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 N. Lincoln Ave.,
                 Pittsburgh, PA 15233-1828
cr             +Pittsburgh Water & Sewer Authority,    Goehring, Rutter, and Boehm,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA   15219,
                 UNITED STATES OF AMERICA 15219-6101
14313017        A-K Valley Federal Credit Union,    3271 Leechburg Road,
                 Lower Burrell, Pennsylvania 15068-2849
14313016       +Advantage Auto Sales,    550 Stevenson Blvd,    New Kensington, Pennsylvania 15068-5900
14313018        Allegheny County Court Records,    114 Courthouse, 436 Grant St,
                 Pittsburgh, Pennsylvania 15206
14313020        Allegheny County Courts,    436 Grant Street,    Pittsburgh, Pennsylvania 15219-2495
14313019        Allegheny County Courts,    114 Courthouse, 436 Grant St,    Pittsburgh, Pennsylvania 15219
14313021        Allegheny County Courts-Criminal Divisio,    436 Grant Street, Room 220,
                 Pittsburgh, Pennsylvania 15219-2495
14313023       +Allegheny Podiatry,    681 Anderson Dr,    Foster Plaza 6,    Pittsburgh, Pennsylvania 15220-2766
14313025       +Bayview Loan Servicing, LLC,    P.O. Box 650091,    Dallas, Texas 75265-0091
14313028        Commonwealth of Pennsylvania,    c/o Magisterial Dist. Ct. 05-2-17,
                 Baptist & Grove Roads, Suite M-201,    Pittsburgh, Pennsylvania 15236
14313027        Commonwealth of Pennsylvania,    c/o Magisterial Dist. Ct. 05-2-17, Bapti,
                 Baptist & Grove Roads, Suite M-201,    Pittsburgh, Pennsylvania 15236
14313029       +Commonwealth of Pennsylvania- Magisteria,    21 Yost Boulevard, Suite 100,
                 Pittsburgh, Pennsylvania 15221-5283
14313030       +Commonwealth of Pennsylvania- Magisteria,    660 First Avenue, 1st Floor,
                 Pittsburgh, Pennsylvania 15219-3134
14313031       +Commonwealth of Pennsylvania-Magisterial,    21 Yost Boulevard, Suite 100,
                 Pittsburgh, Pennsylvania 15221-5283
14313032       +Commonwealth of Pennsylvania-Magisterial,    1901 Center Avenue,
                 Pittsburgh, Pennsylvania 15219-4378
14313034       +Commonwealth of Pennsylvania-Magisterial,    1700 East Carson Street,
                 Pittsburgh, Pennsylvania 15203-1759
14339699       +County of Allegheny,    Goehring, Rutter & Boehm,    c/o Jeffery R. Hunt, Esquire,
                 437 Grant Street, 14th Floor,    Frick Building,    Pittsburgh, PA 15219-6101
14313035       +County of Allegheny City of Duquesne,    c/o Jordan Tax Service,    102 Rahway Road,
                 McMurray, Pennsylvania 15317-3349
14346104        ECMC,    PO Box 16408,    St. Paul, MN 55116-0408
14313039       +First National Bank of Pennsylvania,    c/o AAS Debt Recovery Inc,    PO Box 129,
                 Monroeville, Pennsylvania 15146-0129
14313040       +Mattleman, Weinroth & Miller, P.C.,    Alicia M. Sandoval,    401 Route 70 East, Suite 100,
                 Chestnut Hill, New Jersey 08034-2410
14313041       +Medical-Progressive Specialty Ins,    c/o The Receivables Mgmt Svs,    240 Emery St,
                 Bethlehem, Pennsylvania 18015-1980
14313042       +MetroPCS Wireless, Inc.,    PO Box 601119,    Dallas, Texas 75360-1119
14313043       ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    THREE NATIONWIDE PLAZA,    MAIL CODE 3-11-310,
                 COLUMBUS OH 43215-2410
                (address filed with court:  Nationwide Headquarters,    One Nationwide Plaza,
                  Columbus, Ohio 43215)
14313044       +Pennsylvania American Water,    PO Box 371412,    Pittsburgh, Pennsylvania 15250-7412
14313045       +People's Natural Gas,    225 N Shore Drive,    Pittsburgh, Pennsylvania 15212-5860
14347996       +Peoples Natural Gas Company LLC,    c/o S. James Wallace, P.C.,    845 North Lincoln Avenue,
                 Pittsburgh, PA 15233-1828
14339676       +Pittsburgh Water and Sewer Authority,    Goehring, Rutter & Boehm,
                 c/o Jeffery R. Hunt, Esquire,    437 Grant Street, 14th Floor,    Frick Building,
                 Pittsburgh, PA 15219-6101
14313046       +Robert J. Colaizzi, Esq.,    1016 Greentree Road, Suite 110,
                 Pittsburgh, Pennsylvania 15220-3125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
14313024       +E-mail/Text: bknotice@ercbpo.com Aug 14 2020 04:14:14      AT&T,    c/o Enhanced Recovery Corp,
                 PO Box 57547,    Jacksonville, Florida 32241-7547
14367834       +E-mail/Text: g20956@att.com Aug 14 2020 04:14:30      AT&T Mobility II LLC,
                 %AT&T SERVICES INC.,    KAREN A. CAVAGNARO PARALEGAL,    ONE AT&T WAY, SUITE 3A104,
                 BEDMINSTER, NJ. 07921-2693
14343414        E-mail/PDF: EBN_AIS@AMERICANINFOSOURCE.COM Aug 14 2020 04:15:52
                 American InfoSource LP as agent for,    Verizon,    PO Box 248838,
                 Oklahoma City, OK   73124-8838
14376717       +E-mail/Text: bkmailbayview@bayviewloanservicing.com Aug 14 2020 04:14:29
                 Bayview Loan Servicing, LLC,    4425 Ponce de Leon Boulevard, 5th Floor,
                 Coral Gables, FL 33146-1873
14313026       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Aug 14 2020 04:14:29
                 Bridgecrest Acceptance Corporation,    PO Box 2997,    Phoenix, Arizona 85062-2997
```

```
District/off: 0315-2          User: dric                  Page 2 of 3                   Date Rcvd: Aug 13, 2020
                              Form ID: 410                Total Noticed: 50
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
14357567       +E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Aug 14 2020 04:14:29
                 Bridgecrest Credit Company LLC,    PO Box 29018,    Phoenix, AZ 85038-9018
14364577       +E-mail/Text: bankruptcy@clearviewfcu.org Aug 14 2020 04:14:06       Clearview FCU,
                 8805 University Blvd.,    Moon Township  PA 15108-4212
14313037        E-mail/Text: dl-collectionsbankruptcyteam@drivetime.com Aug 14 2020 04:14:29        DT Credit Corp,
                 PO Box 29018,    Phoenix, Arizona 85038
14313038       +E-mail/Text: kburkley@bernsteinlaw.com Aug 14 2020 04:14:35       Duquesne Light Company,
                 411 Seventh Avenue (6-2),    Pittsburgh, Pennsylvania 15219-1942
14376637       +E-mail/Text: kburkley@bernsteinlaw.com Aug 14 2020 04:14:36       Duquesne Light Company,
                 c/o Peter J. Ashcroft,,    Bernstein-Burkley, P.C.,,    707 Grant St., Suite 2200, Gulf Tower,,
                 Pittsburgh, PA 15219-1945
14661287        E-mail/Text: JCAP_BNC_Notices@jcap.com Aug 14 2020 04:14:20       JEFFERSON CAPITAL SYSTEMS LLC,
                 PO Box 7999,    St Cloud MN 56302
14319411        E-mail/Text: RVSVCBICNOTICE1@state.pa.us Aug 14 2020 04:13:53
                 Pennsylvania Department of Revenue,    Bankruptcy division,  P O Box 280946,
                 Harrisburg P A 17128-0946
14313047       +E-mail/Text: philadelphia.bnc@ssa.gov Aug 14 2020 04:14:26       Social Security Administration,
                 Office of the General Counsel, Region II,    300 Spring Garden Street,
                 Philadelphia, Pennsylvania 19123-2924
14313048       +E-mail/Text: bknotice@ercbpo.com Aug 14 2020 04:14:14       Tmobile,   c/o Enhanced Recovery Corp,
                 PO Box 57547,    Jacksonville, Florida 32241-7547
14313049       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 14 2020 04:13:24
                 Verizon,    500 Technology Dr Suite 300,    Weldon Spring, Missouri 63304-2225
14313050       +E-mail/Text: wfmelectronicbankruptcynotifications@verizonwireless.com Aug 14 2020 04:13:24
                 Verizon Pennsylvania,    500 Technology Drive,    Weldon Spring, Missouri 63304-2225
14376430       +E-mail/Text: bankruptcynotice@westlakefinancial.com Aug 14 2020 04:14:06
                 WESTLAKE FINANCIAL SERVICES,    4751 WILSHIRE BLVD,    SUITE 100,    LOS ANGELES CA 90010-3847
14313051       +E-mail/Text: BankruptcyNotice@westlakefinancial.com Aug 14 2020 04:14:43
                 Westlake Service Inc,    4751 Wilshire Blvd Ste 100,    Los Angeles, California 90010-3847
                                                                                               TOTAL: 18

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr             BAYVIEW LOAN SERVICING, LLC
cr             Bayview Loan Servicing, LLC
cr             Bayview Loan Servicing, LLC, a Delaware Limited Li
cr             Duquesne Light Company
cr*           ++JEFFERSON CAPITAL SYSTEMS LLC,    PO BOX 7999,    SAINT CLOUD MN 56302-7999
               (address filed with court: Jefferson Capital Systems LLC,    PO Box 7999,
                 St Cloud, MN  56302-9617)
14313022*      Allegheny County Courts-Criminal Divisio,    436 Grant Street, Room 220,
                 Pittsburgh, Pennsylvania 15219-2495
14313033*     +Commonwealth of Pennsylvania-Magisterial,    1901 Center Avenue,
                 Pittsburgh, Pennsylvania 15219-4378
14313036     ##+Debt Recovery Solution,    900 Merchants Concourse,    Suite LL 11,
                 Westbury, New York 11590-5121
                                                                                   TOTALS: 4, * 3, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 15, 2020                                          Signature:  /s/Joseph Speetjens

```
District/off: 0315-2           User: dric                   Page 3 of 3                  Date Rcvd: Aug 13, 2020
                               Form ID: 410                 Total Noticed: 50
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 13, 2020 at the address(es) listed below:
              Alexandra Teresa Garcia    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@mwc-law.com,
               ecfmail@ecf.courtdrive.com
              Ann E. Swartz    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited Liability
               Company ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Catherine T. Martin    on behalf of Debtor William Gregory Charles martinc@nlsa.us
              Catherine T. Martin    on behalf of Joint Debtor Barbara  Charles martinc@nlsa.us
              Celine P. DerKrikorian    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com
              Celine P. DerKrikorian    on behalf of Creditor    BAYVIEW LOAN SERVICING, LLC ecfmail@mwc-law.com
              James  Warmbrodt    on behalf of Creditor    Bayview Loan Servicing, LLC bkgroup@kmllawgroup.com
              Jeffrey R. Hunt    on behalf of Creditor    Pittsburgh Water & Sewer Authority jhunt@grblaw.com,
               cnoroski@grblaw.com
              Jeffrey R. Hunt    on behalf of Creditor    County of Allegheny jhunt@grblaw.com,
               cnoroski@grblaw.com
              Lauren  Moyer    on behalf of Creditor    Bayview Loan Servicing, LLC ecfmail@ecf.courtdrive.com
              Office of the United States Trustee    ustpregion03.pi.ecf@usdoj.gov
              Peter J. Ashcroft    on behalf of Creditor    Duquesne Light Company pashcroft@bernsteinlaw.com,
               ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com
              Raymond M Kempinski    on behalf of Creditor    Bayview Loan Servicing, LLC, a Delaware Limited
               Liability Company ecfmail@mwc-law.com,   ecfmail@ecf.courtdrive.com
              Ronda J. Winnecour    cmecf@chapter13trusteewdpa.com
              S. James Wallace    on behalf of Creditor    Peoples Natural Gas Company LLC sjw@sjwpgh.com,
               Equitablebankruptcy@peoples-gas.com;srk@sjwpgh.com
                                                                                             TOTAL: 16
```