# UNITED STATES BANKRUPTCY COURT
## FOR THE DISTRICT OF WESTERN PENNSYLVANIA
### CONCILIATION CONFERENCE MINUTES

**Conciliation Conference:**

- **Debtor:** WILLIAM GREGORY & BARBARA CHARLES
- **Case Number:** 16-24015-CMB    **Chapter:** 13
- **Date / Time / Room:** THURSDAY, NOVEMBER 12, 2020 09:00 AM    3251 US STEEL
- **Hearing Officer:** CHAPTER 13 TRUSTEE

**Matter:**

#97 - Trustee's Certificate of Default to Dismiss
+ Response By Debtor
R / M #: 97 / 0

FILED
11/16/20 11:01 am
CLERK
U.S. BANKRUPTCY
COURT - WDPA

**Appearances:**

Tighe

Debtor:
Trustee: Winnecour / Pail / Katz / DeSimone  Warmbrodt
Creditor:

**Proceedings:**

Outcome:

1. _____ Case Converted to Chapter 7
2. _____ Case Converted to Chapter 11
3. _____ Case Dismissed without Prejudice
4. _____ Case Dismissed with Prejudice
5. _____ Debtor is to inform Court within _____ days their preference to Convert or Dismiss
6. ✓ The plan payment/term is increased/extended to $676, effective 11/20.
7. _____ Plan/Motion continued to _____ at _____.
8. _____ An Amended Plan is to be served on all creditors and certificate of service filed by _____.
   Objections are due on or before _____.
   A hearing on the Amended Plan is set for _____ at _____.
9. _____ Contested Hearing: _____ at _____.
10. ✓ Other:

COD resolved by attached order