**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

08/18/2021

IN RE:

WILLIAM GREGORY CHARLES
BARBARA CHARLES
1212 FAIRDALE STREET
PITTSBURGH, PA  15204
XXX-XX-0895          Debtor(s)

XXX-XX-8745

Case No.16-24015 CMB

Chapter 13

## NOTICE OF CLAIMS FILED AND INTENTION TO PAY CLAIMS

NOTICE IS HEREBY GIVEN of claims filed and the intention of the Chapter 13 Trustee to pay the claims of creditors named below, in the amounts* and manner authorized by the terms and provisions of the confirmed Chapter 13 Plan, the order confirming the Plan, and applicable rules.

This Notice is filed as a courtesy, to inform all parties of the claims the Trustee has found in the case. This Notice does not seek authorization to pay claims, as that authorization already exists in the form of plan terms, applicable rules, and confirmation orders. Any party who objects to the allowance of a filed claim must file a formal objection to the claim itself, NOT an objection to this Notice.

This Notice should not be construed as altering the deadlines for filing objections to proofs of claim, as contained in the Federal Rules of Bankruptcy Procedure, the confirmed Chapter 13 Plan, or the order confirming the Chapter 13 Plan. Pursuant to 11 U.S.C. § 502 (a), the claims which have been filed as stated above will be deemed allowed for purposes of distribution and shall be paid unless the debtor or other party in interest has timely objected to the claim, and provided notice of the objection to the Trustee, prior to the claim being paid by the Trustee.

The following claim information is derived from one or more of the following sources: the debtor(s)' Chapter 13 Plan, proofs of claim, and the order confirming the plan. The list does not include claims which have been disallowed, withdrawn, or claims not provided for in the Chapter 13 Plan for which proofs of claim have not been filed. Some of the claims listed on the following pages may have already been fully or partially paid by the Trustee. To determine whether or not any payments have already been disbursed on a claim, please consult the Trustee's web site at www.13network.com.

*Unless the Chapter 13 Plan provides for a 100% payment of unsecured claims and is adequately funded to pay 100%, the actual percentage dividend which will be paid to the holders of allowed unsecured claims is not presently known . In accordance with the provisions of the Chapter 13 Plan and local rules, the amount and percentage dividend to which unsecured creditors are entitled will be determined during the Trustee's final audit of this case. An adjustment of the percentage to be paid to the unsecured creditors will be performed after the Trustee has calculated the actual amount of funds available for distribution to unsecured creditors, after determining the amounts needed to complete payments on the secured and priority claims.  <u>Notwithstanding the fact that the final calculation will not be done until final audit, the Trustee will distribute funds to unsecured creditors, in accordance with the Chapter 13 Plan and Bankruptcy Code priorities, when and as funds allow.</u>

/s/ RONDA J. WINNECOUR
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

I herein certify that a copy of this notice was served upon the listed creditors of record of this date and the debtor(s) and debtor(s) attorney of record on this date by regular U.S. Mail, postage prepaid, at the address as it appears in the records hereof.

8/18/2021

/s/Trustee'sAdministrativAssistant
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

SEE NEXT PAGE FOR CLAIMS

**CLAIM RECORDS**

| Creditor | Trustee Claim / Court Claim | Claim / Comment | Cred Desc / Account |
|---|---|---|---|
| **BERNSTEIN-BURKLEY PC**<br>2200 GULF TOWER<br>707 GRANT ST<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 1   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: DUQ LITE/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 2   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: /PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **LAUREN M MOYER ESQ**<br>MCCABE WEISBERG & CONWAY LLC<br>123 SOUTH BROAD ST STE 1400<br>PHILADELPHIA, PA  19109 | Trustee Claim Number: 3   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: BAYVIEW LN/PRAE | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **JEFFERSON CAPITAL SYSTEMS LLC***<br>PO BOX 772813<br>CHICAGO, IL  60677-2813 | Trustee Claim Number: 4   INT %: 6.00%<br>Court Claim Number: 7<br>CLAIM: 3,651.42<br>COMMENT: SURR/PL*21274.04/CL*FR BRIDGECREST-DOC 39 | | CRED DESC: VEHICLE<br>ACCOUNT NO.: 9259 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA  15102 | Trustee Claim Number: 5   INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: 378N120;05-08,13-15*SURR/PL*WNTS 12%*305.89/CL*W/49*DK | | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: N120 |
| **DT CREDIT COMPANY LLC**<br>PO BOX 29018<br>PHOENIX, AZ  85038 | Trustee Claim Number: 6   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: NOTICE ONLY<br>ACCOUNT NO.: |
| **ADVANTAGE AUTO SALES**<br>550 STEVENSON BLVD<br>NEW KENSINGTON, PA  15068 | Trustee Claim Number: 7   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: AUTO/SCH | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AK VALLEY FCU****<br>3271 LEECHBURG RD<br>LOWER BURRELL, PA  15068 | Trustee Claim Number: 8   INT %: 0.00%<br>Court Claim Number: NC<br>CLAIM: 0.00<br>COMMENT: SURR/PL*UNS/SCH | | CRED DESC: UNSECURED  (S)<br>ACCOUNT NO.: |
| **ALLEGHENY COUNTY DEPT OF COURT RECORI**<br>CRIMINAL DIVISION<br>436 GRANT ST<br>ROOM 114<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 9   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ALLEGHENY COUNTY DEPT OF COURT RECORI**<br>CRIMINAL DIVISION<br>436 GRANT ST<br>ROOM 114<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 10   INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Claim Info | Description |
|---|---|---|
| **ALLEGHENY COUNTY DEPT OF COURT RECORDS**<br>CRIMINAL DIVISION<br>436 GRANT ST<br>ROOM 114<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 11  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ALLEGHENY COUNTY DEPT OF COURT RECORDS**<br>CRIMINAL DIVISION<br>436 GRANT ST<br>ROOM 114<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 12  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ALLEGHENY COUNTY DEPT OF COURT RECORDS**<br>CRIMINAL DIVISION<br>436 GRANT ST<br>ROOM 114<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 13  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ALLEGHENY COUNTY DEPT OF COURT RECORDS**<br>CRIMINAL DIVISION<br>436 GRANT ST<br>ROOM 114<br>PITTSBURGH, PA  15219 | Trustee Claim Number: 14  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED/LATE FILED<br>ACCOUNT NO.: |
| **ALLEGHENY PODIATRY++**<br>500 WOOD ST STE 303<br>PITTSBURGH, PA  15222 | Trustee Claim Number: 15  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL  32256-7412 | Trustee Claim Number: 16  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~ATT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL  33146 | Trustee Claim Number: 17  INT %: 0.00%<br>Court Claim Number: 13-2<br>CLAIM: 0.00<br>COMMENT: PMT/NTC-PL*DK4PMT-LMT*LAND CONTRACT ON RSD*AMD*FR BAYVIEW-DOC 102 | CRED DESC: MORTGAGE REGULAR PAYMENT<br>ACCOUNT NO.: 4713 |
| **COMMONWEALTH OF PA**<br>POB 67503<br>HARRISBURG, PA  17106 | Trustee Claim Number: 18  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~TAX?/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **COMMONWEALTH OF PA**<br>POB 67503<br>HARRISBURG, PA  17106 | Trustee Claim Number: 19  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~TAX?/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISTRICT COURT**<br>#05 2 08<br>21 YOST BLVD STE 100<br>PITTSBURGH, PA  15221 | Trustee Claim Number: 20  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |

| Creditor | Trustee Claim / Court Claim | Cred Desc / Account |
|---|---|---|
| **DISTRICT COURT**<br>#05 0 03<br>660 1ST AVE<br>PITTSBURGH, PA  15219 | Trustee Claim Number:21  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISTRICT COURT**<br>#05 2 08<br>21 YOST BLVD STE 100<br>PITTSBURGH, PA  15221 | Trustee Claim Number:22  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISTRICT COURT**<br>#05 2 08<br>21 YOST BLVD STE 100<br>PITTSBURGH, PA  15221 | Trustee Claim Number:23  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISTRICT COURT**<br>#05 2 08<br>21 YOST BLVD STE 100<br>PITTSBURGH, PA  15221 | Trustee Claim Number:24  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISTRICT COURT**<br>#05 2 28<br>1901 CENTER AVE<br>PITTSBURGH, PA  15219 | Trustee Claim Number:25  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISTRICT COURT**<br>#05 2 28<br>1901 CENTER AVE<br>PITTSBURGH, PA  15219 | Trustee Claim Number:26  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISTRICT COURT**<br>#5 2 27<br>1700 E CARSON ST 3RD FL<br>PITTSBURGH, PA  15203 | Trustee Claim Number:27  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DISTRICT COURT**<br>#5 2 27<br>1700 E CARSON ST 3RD FL<br>PITTSBURGH, PA  15203 | Trustee Claim Number:28  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DEBT RECOVERY SOLUTIONS LLC**<br>6800 JERICHO TURNPIKE STE 113E<br>SYOSSET, NY  11791 | Trustee Claim Number:29  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **DUQUESNE LIGHT COMPANY***<br>ATTN: TARA R PFEITER, LITIGATION COUNSEL<br>411 7TH AVE<br>MAIL DROP 16-1<br>PITTSBURGH, PA  15219 | Trustee Claim Number:30  INT %: 0.00%<br>Court Claim Number:12<br>CLAIM: 2,147.70<br>COMMENT: 0000/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8745 |

| Creditor | Trustee Claim / Court Claim / Claim / Comment | Cred Desc / Account No. |
|---|---|---|
| **FIRST NATIONAL BANK OF PA**<br>C/O AAS DEBT RECOVERY INC<br>ATTN BANKRUPTCY NOTICING<br>2526 MONROEVILLE BLVD STE 205<br>MONROEVILLE, PA  15146 | Trustee Claim Number: 31  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **REC MANAGEMENT SERVICE**<br>240 EMERY ST<br>BETHLEHEM, PA  18015 | Trustee Claim Number: 32  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: MEDICAL PROGRESSIVE SPCLTY/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **METRO PCS WIRELESS**<br>PO BOX 601119<br>DALLAS, TX  75360 | Trustee Claim Number: 33  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **NATIONWIDE INSURANCE++**<br>1000 NATIONWIDE DR<br>HARRISBURG, PA  17110 | Trustee Claim Number: 34  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PA AMERICAN WATER(*) AKA AMERICAN WATER**<br>PO BOX 371412<br>PITTSBURGH, PA  15250 | Trustee Claim Number: 35  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **PEOPLES NATURAL GAS CO LLC***<br>ATTN BANKRUPTCY DEPARTMENT<br>375 NORTH SHORE DR<br>PITTSBURGH, PA  15212 | Trustee Claim Number: 36  INT %: 0.00%<br>Court Claim Number: 6<br>CLAIM: 241.08<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 5247 |
| **SOCIAL SECURITY ADMINISTRATION(*)**<br>MID-ATLANTIC PROGRAM SVC CENTER<br>ATTN CHAPTER 13 TRUSTEE REMITTANCE SEC<br>PO BOX 2861<br>PHILADELPHIA, PA  19122 | Trustee Claim Number: 37  INT %: 0.00%<br>Court Claim Number: 10<br>CLAIM: 9,966.20<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8745 |
| **ENHANCED RECOVERY COMPANY**<br>8014 BAYBERRY RD<br>JACKSONVILLE, FL  32256-7412 | Trustee Claim Number: 38  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: NT ADR~T MOBILE/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: |
| **AMERICAN INFOSOURCE LP AGENT FOR VERIZ**<br>PO BOX 248838<br>OKLAHOMA CITY, OK  73124-8838 | Trustee Claim Number: 39  INT %: 0.00%<br>Court Claim Number: 4<br>CLAIM: 305.48<br>COMMENT: NO ACCT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0001 |
| **VERIZON++**<br>500 TECHNOLOGY DR STE 30<br>WELDON SPRING, MO  63304 | Trustee Claim Number: 40  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0193 |

| Creditor | Claim Info | Description |
|---|---|---|
| **WESTLAKE SERVICES LLC(*) DBA WESTLAKE F**<br>4751 WILSHIRE BLVD STE 100<br>LOS ANGELES, CA 90010 | Trustee Claim Number: 41  INT %: 0.00%<br>Court Claim Number: 11<br>CLAIM: 3,710.10<br>COMMENT: NO ACCT/SCH*DFNCY BAL | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 2506 |
| **ROBERT J COLAIZZI ESQ++**<br>COLAIZZI LAW FIRM PC<br>950 GREENTREE RD STE 203<br>PITTSBURGH, PA 15220 | Trustee Claim Number: 42  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **ALLEGHENY COUNTY DEPT OF COURT RECORD**<br>CRIMINAL DIVISION<br>436 GRANT ST<br>ROOM 114<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 43  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 0.00<br>COMMENT: | CRED DESC: SPECIAL NOTICE ONLY<br>ACCOUNT NO.: |
| **PA DEPARTMENT OF REVENUE***<br>BUR OF COMPL SECT-DEPT 280946<br>STRAWBERRY SQ<br>HARRISBURG, PA 17128 | Trustee Claim Number: 44  INT %: 0.00%<br>Court Claim Number: 1<br>CLAIM: 1,464.49<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 8745 |
| **CLERK, U S BANKRUPTCY COURT**<br>ATTN: FILING FEE CLERK<br>600 GRANT ST 5414 US STEEL TWR<br>PITTSBURGH, PA 15219 | Trustee Claim Number: 45  INT %: 0.00%<br>Court Claim Number:<br>CLAIM: 310.00<br>COMMENT: FEES/PL | CRED DESC: FILING FEES<br>ACCOUNT NO.: 16-24015CMB |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number: 46  INT %: 0.00%<br>Court Claim Number: 13-2<br>CLAIM: 4,084.75<br>COMMENT: $/CL-PL*ARRS ON LAND CONTRACT*DK*THRU 10/16*AMD*FR BAYVIEW-DOC 102 | CRED DESC: MORTGAGE ARR.<br>ACCOUNT NO.: 4713 |
| **COMMUNITY LOAN SERVICING LLC**<br>ATTN CASHIERING DEPT<br>4425 PONCE DE LEON BLVD 5TH FL<br>CORAL GABLES, FL 33146 | Trustee Claim Number: 47  INT %: 0.00%<br>Court Claim Number: 13-2<br>CLAIM: 0.00<br>COMMENT: 500/OE@ CID 53*250/NTC-POSTPET FEE/EXP*REF CL*W/53-FR BAYVIEW-DOC 102 | CRED DESC: Post Petition Claim (1305)<br>ACCOUNT NO.: 4713 |
| **PITTSBURGH WATER & SEWER AUTHORITY(*)**<br>1200 PENN AVENUE<br>PITTSBURGH, PA 15222 | Trustee Claim Number: 48  INT %: 10.00%<br>Court Claim Number: 2<br>CLAIM: 901.16<br>COMMENT: 42N121;16*$CL-PL@10%*NT/SCH | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: N121 |
| **COUNTY OF ALLEGHENY (RE TAX)***<br>C/O JORDAN TAX SVC-CUR/DLNQ CLCTR<br>POB 200<br>BETHEL PARK, PA 15102 | Trustee Claim Number: 49  INT %: 0.00%<br>Court Claim Number: 3<br>CLAIM: 0.00<br>COMMENT: 378N120;05-08,13-15*SURR/PL*552.19/CL*NON%*NT PROV/PL*W/5 | CRED DESC: SECURED CREDITOR<br>ACCOUNT NO.: N120 |
| **ECMC(*)**<br>LOCKBOX #8682<br>PO BOX 16478<br>ST PAUL, MN 55116-0478 | Trustee Claim Number: 50  INT %: 0.00%<br>Court Claim Number: 5<br>CLAIM: 4,997.04<br>COMMENT: NT/SCH | CRED DESC: UNSECURED CREDITOR<br>ACCOUNT NO.: 0895 |

CLAIM RECORDS

| | | |
|---|---|---|
| **AT & T MOBILITY II LLC** | Trustee Claim Number:51  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| C/O AT & T SERVICES INC | Court Claim Number:9 | ACCOUNT NO.: 5329 |
| ONE AT & T WAY RM 3A104 | | |
| | CLAIM:  2,649.59 | |
| BEDMINSTER, NJ  07921 | COMMENT:  NT/SCH | |
| | | |
| **COMMUNITY LOAN SERVICING LLC** | Trustee Claim Number:52  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN CASHIERING DEPT | Court Claim Number:13-2 | ACCOUNT NO.: 4713 |
| 4425 PONCE DE LEON BLVD 5TH FL | | |
| | CLAIM:  0.00 | |
| CORAL GABLES, FL  33146 | COMMENT:  500/OE@CID 53*NT/PL*650/NTC-POSTPET FEE/EXP*SUPP REF CL*W/53*FR BAYVII | |
| | | |
| **COMMUNITY LOAN SERVICING LLC** | Trustee Claim Number:53  INT %:  0.00% | CRED DESC:  Post Petition Claim (1305) |
| ATTN CASHIERING DEPT | Court Claim Number:13-2 | ACCOUNT NO.: 4713 |
| 4425 PONCE DE LEON BLVD 5TH FL | | |
| | CLAIM:  500.00 | |
| CORAL GABLES, FL  33146 | COMMENT:  $/OE-PL*POST PET FEES/EXP*NTCS FLD @ 47, 52*FR BAYVIEW-DOC 102 | |
| | | |
| **KML LAW GROUP PC*** | Trustee Claim Number:54  INT %:  0.00% | CRED DESC:  NOTICE ONLY |
| 701 MARKET ST STE 5000 | Court Claim Number: | ACCOUNT NO.: |
| | | |
| | CLAIM:  0.00 | |
| PHILADELPHIA, PA  19106 | COMMENT:  BAYVIEW LN/PRAE | |
| | | |
| **CLEARVIEW FCU FRMLY AK VALLEY FCU**** | Trustee Claim Number:55  INT %:  0.00% | CRED DESC:  UNSECURED CREDITOR |
| 8805 UNIVERSITY BLVD | Court Claim Number:8 | ACCOUNT NO.: 2040 |
| | CLAIM:  19,719.57 | |
| MOON TWP, PA  15108 | COMMENT:  NT/SCH*STALE | |