UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

In re:   William and Barbara Charles                    Case No. 16-24015 CMB
                    Debtor                              Chapter 13

Community Loan Servicing LLC f/k/a
Bayview Loan Servicing, LLC
                    Movant
v.
William and Barbara Charles, Ronda J.
Winnecour, Esq., Trustee
                    Respondents


**DECLARATION OF DEBTORS IN RESPONSE TO
NOTICE OF MORTGAGE PAYMENT CHANGE**

     Debtors William and Barbara Charles, by their attorneys Catherine T. Martin and
Neighborhood Legal Services Association, hereby state:


1. The debtors do not object to the proposed mortgage payment change.

2. The debtors' current plan payment is sufficient to fund the plan with the decreased
   escrow payment.


                         Respectfully submitted,

                         /s/Catherine T. Martin
                         Attorney for Debtor/Movant
                         Pa. I.D. #29049; Firm #213
                         NLSA, 928 Penn Avenue, Pittsburgh, PA 15222
                         (412) 586-6118; Email: martinc@nlsa.us

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA

In re:  William and Barbara Charles       Case No. 16-24015 CMB
           Debtor                                   Chapter 13

Community Loan Servicing LLC f/k/a
Bayview Loan Servicing, LLC
           Movant
v.
William and Barbara Charles, Ronda J.
Winnecour, Esq., Trustee
           Respondents

## CERTIFICATE OF SERVICE

I hereby certify that I have served a true and correct copy of the Debtor's Declaration in response to Notice of Mortgage Payment Change on the following individuals by Notice of Electronic Filing, on the date stated below:

Lauren Moyer on behalf of creditor Community Loan Servicing, LLC ecfmail@ecf.courtdrive.com

Ronda J. Winnecour, Chapter 13 Trustee
cmecf@chapter13trusteewdpa.com

Office of the United States Trustee
ustpregion03.pi.ecf@usdoj.gov

Date:   10/21/21                             /s/ Catherine T. Martin
                                              Pa. I.D. No. 29049; Firm No. 213
                                              NEIGHBORHOOD LEGAL SERVICES
                                              ASSOCIATION
                                              928 Penn Avenue
                                              Pittsburgh, PA 15222
                                              (412) 586-6118; martinc@nlsa.us