Form 408

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

In re:

**William Gregory Charles
Barbara Charles**
Debtor(s)

Bankruptcy Case No.: 16−24015−CMB
Related to Doc. No. 116
Chapter: 13
Docket No.: 117 − 116

**ORDER SETTING DATE CERTAIN
FOR RESPONSE AND HEARING ON MOTION**

   **AND NOW,** this The 27th of January, 2022, a Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements having been filed by the Chapter 13 Trustee in the above−captioned proceeding,

   **IT IS HEREBY ORDERED THAT:**

1. **Any Response,** including a consent to the Motion, **shall be filed with the Clerk's Office, 5414 U.S. Steel Tower 600 Grant Street Pittsburgh, PA 15219 by 3/14/22.** Any response should be served on the Moving Party, their counsel, and the Chapter 13 Trustee.

2. Said Motion is scheduled for hearing on **4/26/22 at 11:00 AM at https://www.zoomgov.com/j/, Meeting ID: 161 4380 0191** at which time the parties and/or their counsel shall appear and the Court will dispose of the Motion. To join the Zoom Hearing, please initiate by using the following link 15 minutes prior to your scheduled hearing time: https://www.zoomgov.com/j/16143800191, or alternatively, attend by using the following Meeting ID: 161 4380 0191. ALL HEARING PARTICIPANTS ARE REQUIRED TO REVIEW AND COMPLY WITH THE ZOOM PROCEDURES, which can be found at: https://www.pawb.uscourts.gov/sites/default/files/pdfs/cmb−proc−videohrg.pdf.

3. If service was properly made and Respondent(s) fail to file a Response by the above−specified date, the Court **may** determine after review of the Motion that no hearing is required and accordingly enter the Order by default.

   **TO DETERMINE IF A DEFAULT ORDER HAS BEEN SIGNED, THE PARTIES ARE DIRECTED TO THE WEB SITE OF THE U.S. BANKRUPTCY COURT FOR THE WESTERN DISTRICT OF PENNSYLVANIA AT www.pawb.uscourts.gov ONE DAY PRIOR TO THE SCHEDULED HEARING DATE. REFER TO THE CALENDAR SECTION TO VIEW THE CALENDAR FOR JUDGE Carlota M. Bohm.**

   In the event a default order has been signed, the **Moving Party** shall thereafter advise all affected parties. If a default order has not been signed, the parties will be **required** to appear in Court at the hearing on the above date and time.

4. A **maximum** of 10 minutes has been allotted to hear this matter. Should this matter require more than 10 minutes, the parties are required to so notify the Courtroom Deputy **immediately**.

5. If applicable, **Debtor(s) SHALL FILE a Certification Of Discharge Eligibility**, pursuant to 11 U.S.C. Section 1328, on or before **3/14/22.**

Carlota M. Bohm
United States Bankruptcy Judge

cm: **All Parties**

United States Bankruptcy Court

Western District of Pennsylvania

In re:  Case No. 16-24015-CMB
William Gregory Charles  Chapter 13
Barbara Charles
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0315-2　　　　　　　　　　　User: auto　　　　　　　　　　　Page 1 of 4
Date Rcvd: Jan 27, 2022　　　　　　　　　Form ID: 408v　　　　　　　　Total Noticed: 51

The following symbols are used throughout this certificate:
**Symbol**　　**Definition**

\+　　Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++　　Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

\##　　Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Gregory Charles, Barbara Charles, 1212 Fairdale Street, Pittsburgh, PA 15204-1746 |
| 14313017 | | A-K Valley Federal Credit Union, 3271 Leechburg Road, Lower Burrell, Pennsylvania 15068-2849 |
| 14313016 | + | Advantage Auto Sales, 550 Stevenson Blvd, New Kensington, Pennsylvania 15068-5900 |
| 14313018 | | Allegheny County Court Records, 114 Courthouse, 436 Grant St, Pittsburgh, Pennsylvania 15206 |
| 14313019 | | Allegheny County Courts, 114 Courthouse, 436 Grant St, Pittsburgh, Pennsylvania 15219 |
| 14313020 | | Allegheny County Courts, 436 Grant Street, Pittsburgh, Pennsylvania 15219-2495 |
| 14313021 | | Allegheny County Courts-Criminal Divisio, 436 Grant Street, Room 220, Pittsburgh, Pennsylvania 15219-2495 |
| 14313023 | + | Allegheny Podiatry, 681 Anderson Dr, Foster Plaza 6, Pittsburgh, Pennsylvania 15220-2766 |
| 14313025 | + | Bayview Loan Servicing, LLC, P.O. Box 650091, Dallas, Texas 75265-0091 |
| 14313028 | | Commonwealth of Pennsylvania, c/o Magisterial Dist. Ct. 05-2-17, Baptist & Grove Roads, Suite M-201, Pittsburgh, Pennsylvania 15236 |
| 14313027 | | Commonwealth of Pennsylvania, c/o Magisterial Dist. Ct. 05-2-17, Bapti, Baptist & Grove Roads, Suite M-201, Pittsburgh, Pennsylvania 15236 |
| 14313030 | + | Commonwealth of Pennsylvania- Magisteria, 660 First Avenue, 1st Floor, Pittsburgh, Pennsylvania 15219-3134 |
| 14313029 | + | Commonwealth of Pennsylvania- Magisteria, 21 Yost Boulevard, Suite 100, Pittsburgh, Pennsylvania 15221-5203 |
| 14313034 | + | Commonwealth of Pennsylvania-Magisterial, 1700 East Carson Street, Pittsburgh, Pennsylvania 15203-1759 |
| 14313032 | + | Commonwealth of Pennsylvania-Magisterial, 1901 Center Avenue, Pittsburgh, Pennsylvania 15219-4378 |
| 14313031 | + | Commonwealth of Pennsylvania-Magisterial, 21 Yost Boulevard, Suite 100, Pittsburgh, Pennsylvania 15221-5203 |
| 14313035 | + | County of Allegheny City of Duquesne, c/o Jordan Tax Service, 102 Rahway Road, McMurray, Pennsylvania 15317-3349 |
| 14313039 | + | First National Bank of Pennsylvania, c/o AAS Debt Recovery Inc, PO Box 129, Monroeville, Pennsylvania 15146-0129 |
| 14313040 | + | Mattleman, Weinroth & Miller, P.C., Alicia M. Sandoval, 401 Route 70 East, Suite 100, Chestnut Hill, New Jersey 08034-2410 |
| 14313041 | + | Medical-Progressive Specialty Ins, c/o The Receivables Mgmt Svs, 240 Emery St, Bethlehem, Pennsylvania 18015-1980 |
| 14313042 | + | MetroPCS Wireless, Inc., PO Box 601119, Dallas, Texas 75360-1119 |
| 14313043 | ++ | NATIONWIDE INSURANCE, SERVICE OF PROCESS TEAM, THREE NATIONWIDE PLAZA, MAIL CODE 3-11-310, COLUMBUS OH 43215-2410 address filed with court:, Nationwide Headquarters, One Nationwide Plaza, Columbus, Ohio 43215 |
| 14313044 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, Pennsylvania 15250-7412 |
| 14313045 | + | People's Natural Gas, 225 N Shore Drive, Pittsburgh, Pennsylvania 15212-5861 |
| 14313046 | + | Robert J. Colaizzi, Esq., 1016 Greentree Road, Suite 110, Pittsburgh, Pennsylvania 15220-3125 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 27 2022 23:38:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 27 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jan 27 2022 23:38:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: 408v | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 14313024 | + | Email/Text: bknotice@ercbpo.com | Jan 27 2022 23:38:00 | AT&T, c/o Enhanced Recovery Corp, PO Box 57547, Jacksonville, Florida 32241-7547 |
| 14367834 | + | Email/Text: g20956@att.com | Jan 27 2022 23:38:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14343414 | | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2022 23:37:15 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14376717 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 27 2022 23:38:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 14313026 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Jan 27 2022 23:38:00 | Bridgecrest Acceptance Corporation, PO Box 2997, Phoenix, Arizona 85062-2997 |
| 14357567 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Jan 27 2022 23:38:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14364577 | + | Email/Text: bankruptcy@clearviewfcu.org | Jan 27 2022 23:38:00 | Clearview FCU, 8805 University Blvd., Moon Township PA 15108-4212 |
| 15301911 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 27 2022 23:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14339699 | + | Email/Text: ebnjts@grblaw.com | Jan 27 2022 23:38:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffery R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14313037 | | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Jan 27 2022 23:38:00 | DT Credit Corp, PO Box 29018, Phoenix, Arizona 85038 |
| 14313038 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 27 2022 23:39:00 | Duquesne Light Company, 411 Seventh Avenue (6-2), Pittsburgh, Pennsylvania 15219-1942 |
| 14376637 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 27 2022 23:39:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14346104 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 27 2022 23:38:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14661287 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 27 2022 23:38:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14319411 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14347996 | + | Email/Text: ebnpeoples@grblaw.com | Jan 27 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14339676 | + | Email/Text: ebnpwsa@grblaw.com | Jan 27 2022 23:38:00 | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffery R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14313047 | + | Email/Text: philadelphia.bnc@ssa.gov | Jan 27 2022 23:38:00 | Social Security Administration, Office of the General Counsel, Region II, 300 Spring Garden Street, Philadelphia, Pennsylvania 19123-2924 |
| 14313048 | + | Email/Text: bknotice@ercbpo.com | Jan 27 2022 23:38:00 | Tmobile, c/o Enhanced Recovery Corp, PO Box 57547, Jacksonville, Florida 32241-7547 |
| 14313049 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 27 2022 23:38:00 | Verizon, 500 Technology Dr Suite 300, Weldon Spring, Missouri 63304-2225 |
| 14313050 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 27 2022 23:38:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, Missouri 63304-2225 |

| 14376430 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 27 2022 23:38:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |
| 14313051 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Jan 27 2022 23:39:00 | Westlake Service Inc, 4751 Wilshire Blvd Ste 100, Los Angeles, California 90010-3847 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Bayview Loan Servicing, LLC |
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing , LLC |
| cr | | Duquesne Light Company |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14313022 | * | Allegheny County Courts-Criminal Divisio, 436 Grant Street, Room 220, Pittsburgh, Pennsylvania 15219-2495 |
| 14313033 | *+ | Commonwealth of Pennsylvania-Magisterial, 1901 Center Avenue, Pittsburgh, Pennsylvania 15219-4378 |
| 14313036 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Suite LL 11, Westbury, New York 11590-5121 |

TOTAL: 5 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022         Signature:         /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 27, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor Community Loan Servicing LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Catherine T. Martin | on behalf of Debtor William Gregory Charles martinc@nlsa.us |
| Catherine T. Martin | on behalf of Joint Debtor Barbara Charles martinc@nlsa.us |
| Celine P. DerKrikorian | on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |

| District/off: 0315-2 | User: auto | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: 408v | Total Noticed: 51 |

Celine P. DerKrikorian
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Marisa Myers Cohen
    on behalf of Creditor Community Loan Servicing LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor Bayview Loan Servicing LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Raymond M Kempinski
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 18