**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br><br>WILLIAM GREGORY CHARLES<br>BARBARA CHARLES<br>       Debtor(s)<br><br>Ronda J. Winnecour<br> Chapter 13 Trustee,<br>       Movant<br>      vs.<br>No Respondents. | Case No.:16-24015<br><br>Chapter 13<br><br>Document No.: |

**CHAPTER 13 TRUSTEE'S MOTION FOR DISCHARGE OF DEBTOR**
**AND APPROVAL OF TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Chapter 13 Trustee, respectfully represents the following:

   1.  The plan was confirmed in this Chapter 13 case, and the undersigned served as Trustee.

   2.  The Trustee has examined the terms of the confirmed Chapter 13 plan, the history of payments to creditors and the claims filed in this Chapter 13 case. The Trustee now recommends that the Court treat this Chapter 13 case as complete.

   3.  Attached hereto, please find the **Trustee's Report of Receipts and Disbursements** in this case.

   4.  After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee's office will file **UST FORM 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account** (the "Final Report").  Upon submission of the Final Report, the Trustee asks the Court to discharge her from her duties in this case and close this case.

   **Wherefore**, the Trustee requests that the Court,

1. Grant the Debtor(s) a discharge pursuant to Section 1328(a) of the Bankruptcy Code,
2. Approve the Trustee's Report of Receipts and Disbursements,
3. Terminate wage attachments,
4. Revest property of the estate in the debtor(s), and
5. Enter a final decree and close this case.

January 26, 2022

/s/  Ronda J. Winnecour
RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS**

Ronda J. Winnecour, Trustee for the above case, submits the following report pursuant to 11 USC 1302 (b) (1).

1. The case was filed on 10/28/2016 and confirmed on 12/9/16. The case was subsequently    Completed After Confirmation

2. The Trustee made the following disbursements.

| | | |
|---|---:|---:|
| Total Receipts | | 33,499.00 |
| Less Refunds to Debtor | 830.55 | |
| TOTAL AMOUNT OF PLAN FUND | | 32,668.45 |
| Administrative Fees | | |
|    Filing Fee | 0.00 | |
|    Notice Fee | 0.00 | |
|    Attorney Fee | 0.00 | |
|    Trustee Fee | 1,612.68 | |
|    Court Ordered Automotive Insurance | 0.00 | |
| TOTAL ADMINISTRATIVE FEES | | 1,612.68 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| **Secured** | | | | |
|   COMMUNITY LOAN SERVICING LLC | 0.00 | 18,878.05 | 0.00 | 18,878.05 |
|     Acct: 4713 | | | | |
|   COMMUNITY LOAN SERVICING LLC | 4,084.75 | 4,084.75 | 0.00 | 4,084.75 |
|     Acct: 4713 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: N120 | | | | |
|   PITTSBURGH WATER & SEWER AUTHOR | 901.16 | 901.16 | 402.74 | 1,303.90 |
|     Acct: N121 | | | | |
|   COUNTY OF ALLEGHENY (RE TAX)* | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: N120 | | | | |
|   JEFFERSON CAPITAL SYSTEMS LLC* | 3,651.42 | 3,651.42 | 2,327.65 | 5,979.07 |
|     Acct: 9259 | | | | |
| | | | | 30,245.77 |
| **Priority** | | | | |
|   CATHERINE T MARTIN ESQ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM GREGORY CHARLES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM GREGORY CHARLES | 676.00 | 676.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   WILLIAM GREGORY CHARLES | 154.55 | 154.55 | 0.00 | 0.00 |
|     Acct: | | | | |
|   NEIGHBORHOOD LEGAL SVCS ASSN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|   COMMUNITY LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4713 | | | | |
|   COMMUNITY LOAN SERVICING LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: 4713 | | | | |
|   COMMUNITY LOAN SERVICING LLC | 500.00 | 500.00 | 0.00 | 500.00 |
|     Acct: 4713 | | | | |
|   CLERK, U S BANKRUPTCY COURT | 310.00 | 310.00 | 0.00 | 310.00 |
|     Acct: XXXXXXX5CMB | | | | |
| | | | | 810.00 |

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
|     AK VALLEY FCU** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ADVANTAGE AUTO SALES | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ALLEGHENY COUNTY DEPT OF COURT R | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ALLEGHENY COUNTY DEPT OF COURT R | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ALLEGHENY COUNTY DEPT OF COURT R | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ALLEGHENY COUNTY DEPT OF COURT R | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ALLEGHENY COUNTY DEPT OF COURT R | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ALLEGHENY COUNTY DEPT OF COURT R | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ALLEGHENY PODIATRY++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     ENHANCED RECOVERY COMPANY | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     COMMONWEALTH OF PA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     COMMONWEALTH OF PA | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     DISTRICT COURT | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     DEBT RECOVERY SOLUTIONS LLC | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     DUQUESNE LIGHT COMPANY* | 2,147.70 | 0.00 | 0.00 | 0.00 |
|     Acct: 8745 | | | | |
|     FIRST NATIONAL BANK OF PA** | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     REC MANAGEMENT SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     METRO PCS WIRELESS | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     NATIONWIDE INSURANCE++ | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PA AMERICAN WATER(*) AKA AMERICAN | 0.00 | 0.00 | 0.00 | 0.00 |
|     Acct: | | | | |
|     PEOPLES NATURAL GAS CO LLC* | 241.08 | 0.00 | 0.00 | 0.00 |
|     Acct: 5247 | | | | |
|     SOCIAL SECURITY ADMINSTRATION(*) | 9,966.20 | 0.00 | 0.00 | 0.00 |
|     Acct: 8745 | | | | |

16-24015                                                                                                              Page 3 of 3

| Creditor Type   Creditor Name | Claim Amount | Prin Paid | Int Paid | Total Paid |
|---|---:|---:|---:|---:|
| Unsecured | | | | |
| ENHANCED RECOVERY COMPANY<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| AMERICAN INFOSOURCE LP AGENT FOR<br>Acct: 0001 | 305.48 | 0.00 | 0.00 | 0.00 |
| VERIZON++<br>Acct: 0193 | 0.00 | 0.00 | 0.00 | 0.00 |
| WESTLAKE SERVICES LLC(*) DBA WESTL<br>Acct: 2506 | 3,710.10 | 0.00 | 0.00 | 0.00 |
| PA DEPARTMENT OF REVENUE*<br>Acct: 8745 | 1,464.49 | 0.00 | 0.00 | 0.00 |
| ECMC(*)<br>Acct: 0895 | 4,997.04 | 0.00 | 0.00 | 0.00 |
| AT & T MOBILITY II LLC<br>Acct: 5329 | 2,649.59 | 0.00 | 0.00 | 0.00 |
| CLEARVIEW FCU FRMLY AK VALLEY FCU<br>Acct: 2040 | 19,719.57 | 0.00 | 0.00 | 0.00 |
| BERNSTEIN BURKLEY PC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| PEOPLES NATURAL GAS CO LLC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| MCCABE WEISBERG & CONWAY LLC (FR<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| DT CREDIT COMPANY LLC<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| KML LAW GROUP PC*<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ROBERT J COLAIZZI ESQ++<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |
| ALLEGHENY COUNTY DEPT OF COURT R<br>Acct: | 0.00 | 0.00 | 0.00 | 0.00 |

***NONE***

TOTAL PAID TO CREDITORS                                                                                         31,055.77

TOTAL CLAIMED
PRIORITY            810.00
SECURED           8,637.33
UNSECURED        45,201.25

Date: 01/26/2022

/s/ Ronda J. Winnecour

RONDA J WINNECOUR PA ID #30399
CHAPTER 13 TRUSTEE WD PA
600 GRANT STREET
SUITE 3250 US STEEL TWR
PITTSBURGH, PA  15219
(412) 471-5566
cmecf@chapter13trusteewdpa.com

**IN THE UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF PENNSYLVANIA**

IN RE:
    WILLIAM GREGORY CHARLES
    BARBARA CHARLES
        Debtor(s)

    Ronda J. Winnecour
        Movant
      vs.
    No Repondents.

Case No.:16-24015

Chapter 13

Document No.:

ORDER OF COURT

    AND NOW, this _____day of _____, 20____, upon consideration of the **Chapter 13 Trustee's Motion for Discharge of Debtor and Approval of Trustee's Report of Receipts and Disbursements**, and following notice to the creditors and an opportunity to be heard, it is hereby **ORDERED, ADJUDGED** and **DECREED**, as follows:

    (1).  This Court finds that the Chapter 13 plan, as supplemented by any and all amendments, has been fully and finally completed.

    (2). The debtor(s) is/are entitled to and shall receive a discharge in this case pursuant to Section 1328(a) of the Bankruptcy Code.

    (3). To the extent not previously terminated, the wage attachment(s) issued in this case is/are immediately terminated and the debtor(s) shall serve a copy of this order on any affected employer(s).

    (4). Property of the estate hereby revests in the debtor(s).  This revestment of property is free and clear of any and all claims or interests except as otherwise treated in the plan or in the Order confirming the Plan.  All restrictions of the debtor(s)' use of the property of the estate is hereby terminated.

    (5). Each and every creditor is bound by the provisions of the completed plan, whether or not the claim of such creditor is provided for in the Plan, and whether or not such creditor has objected to, has accepted or  rejected the plan.  All mortgage and other secured debts provided for by the Plan are hereby found to be cured of any and all monetary defaults as of the payment date for which the Trustee last made a distribution, and no additional interest, late fees or penalties may be assessed for time periods or payments due prior to that date.

    (6). After all distribution checks have been negotiated or funds deposited into the Court's registry, the Trustee shall file UST Form 13-FR-S: Chapter 13 Standing Trustee's Final Report and Account (the "Final Report").  Upon submission of the Final Report, the Trustee is discharged from her duties in this case and the case will be closed.

    BY THE COURT:

    _____
    U.S. BANKRUPTCY JUDGE

United States Bankruptcy Court

Western District of Pennsylvania

In re:  
William Gregory Charles  
Barbara Charles  
    Debtors

Case No. 16-24015-CMB  
Chapter 13

# CERTIFICATE OF NOTICE

District/off: 0315-2      User: auto      Page 1 of 4  
Date Rcvd: Jan 27, 2022      Form ID: pdf900      Total Noticed: 51

The following symbols are used throughout this certificate:  
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 29, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | William Gregory Charles, Barbara Charles, 1212 Fairdale Street, Pittsburgh, PA 15204-1746 |
| 14313017 | | A-K Valley Federal Credit Union, 3271 Leechburg Road, Lower Burrell, Pennsylvania 15068-2849 |
| 14313016 | + | Advantage Auto Sales, 550 Stevenson Blvd, New Kensington, Pennsylvania 15068-5900 |
| 14313018 | | Allegheny County Court Records, 114 Courthouse, 436 Grant St, Pittsburgh, Pennsylvania 15206 |
| 14313019 | | Allegheny County Courts, 114 Courthouse, 436 Grant St, Pittsburgh, Pennsylvania 15219 |
| 14313020 | | Allegheny County Courts, 436 Grant Street, Pittsburgh, Pennsylvania 15219-2495 |
| 14313021 | | Allegheny County Courts-Criminal Divisio, 436 Grant Street, Room 220, Pittsburgh, Pennsylvania 15219-2495 |
| 14313023 | + | Allegheny Podiatry, 681 Anderson Dr, Foster Plaza 6, Pittsburgh, Pennsylvania 15220-2766 |
| 14313025 | + | Bayview Loan Servicing, LLC, P.O. Box 650091, Dallas, Texas 75265-0091 |
| 14313028 | | Commonwealth of Pennsylvania, c/o Magisterial Dist. Ct. 05-2-17, Baptist & Grove Roads, Suite M-201, Pittsburgh, Pennsylvania 15236 |
| 14313027 | | Commonwealth of Pennsylvania, c/o Magisterial Dist. Ct. 05-2-17, Bapti, Baptist & Grove Roads, Suite M-201, Pittsburgh, Pennsylvania 15236 |
| 14313030 | + | Commonwealth of Pennsylvania- Magisteria, 660 First Avenue, 1st Floor, Pittsburgh, Pennsylvania 15219-3134 |
| 14313029 | + | Commonwealth of Pennsylvania- Magisteria, 21 Yost Boulevard, Suite 100, Pittsburgh, Pennsylvania 15221-5203 |
| 14313034 | + | Commonwealth of Pennsylvania-Magisterial, 1700 East Carson Street, Pittsburgh, Pennsylvania 15203-1759 |
| 14313032 | + | Commonwealth of Pennsylvania-Magisterial, 1901 Center Avenue, Pittsburgh, Pennsylvania 15219-4378 |
| 14313031 | + | Commonwealth of Pennsylvania-Magisterial, 21 Yost Boulevard, Suite 100, Pittsburgh, Pennsylvania 15221-5203 |
| 14313035 | + | County of Allegheny City of Duquesne, c/o Jordan Tax Service, 102 Rahway Road, McMurray, Pennsylvania 15317-3349 |
| 14313039 | + | First National Bank of Pennsylvania, c/o AAS Debt Recovery Inc, PO Box 129, Monroeville, Pennsylvania 15146-0129 |
| 14313040 | + | Mattleman, Weinroth & Miller, P.C., Alicia M. Sandoval, 401 Route 70 East, Suite 100, Chestnut Hill, New Jersey 08034-2410 |
| 14313041 | + | Medical-Progressive Specialty Ins, c/o The Receivables Mgmt Svs, 240 Emery St, Bethlehem, Pennsylvania 18015-1980 |
| 14313042 | + | MetroPCS Wireless, Inc., PO Box 601119, Dallas, Texas 75360-1119 |
| 14313043 | ++ | NATIONWIDE INSURANCE, SERVICE OF PROCESS TEAM, THREE NATIONWIDE PLAZA, MAIL CODE 3-11-310, COLUMBUS OH 43215-2410 address filed with court:, Nationwide Headquarters, One Nationwide Plaza, Columbus, Ohio 43215 |
| 14313044 | + | Pennsylvania American Water, PO Box 371412, Pittsburgh, Pennsylvania 15250-7412 |
| 14313045 | + | People's Natural Gas, 225 N Shore Drive, Pittsburgh, Pennsylvania 15212-5861 |
| 14313046 | + | Robert J. Colaizzi, Esq., 1016 Greentree Road, Suite 110, Pittsburgh, Pennsylvania 15220-3125 |

TOTAL: 25

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | Email/Text: ebnjts@grblaw.com | Jan 27 2022 23:38:00 | County of Allegheny, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| cr | + | Email/Text: ebnpeoples@grblaw.com | Jan 27 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 N. Lincoln Ave., Pittsburgh, PA 15233-1828 |
| cr | + | Email/Text: ebnpwsa@grblaw.com | Jan 27 2022 23:38:00 | Pittsburgh Water & Sewer Authority, Goehring, Rutter, and Boehm, 437 Grant Street, 14th Floor, |

| District/off: 0315-2 | User: auto | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 51 |

| | | | | |
|---|---|---|---|---|
| | | | | Frick Building, Pittsburgh, PA 15219, UNITED STATES OF AMERICA 15219-6101 |
| 14313024 | + | Email/Text: bknotice@ercbpo.com | Jan 27 2022 23:38:00 | AT&T, c/o Enhanced Recovery Corp, PO Box 57547, Jacksonville, Florida 32241-7547 |
| 14367834 | + | Email/Text: g20956@att.com | Jan 27 2022 23:38:00 | AT&T Mobility II LLC, %AT&T SERVICES INC., KAREN A. CAVAGNARO PARALEGAL, ONE AT&T WAY, SUITE 3A104, BEDMINSTER, NJ. 07921-2693 |
| 14343414 | | Email/PDF: ebn_ais@aisinfo.com | Jan 27 2022 23:36:44 | American InfoSource LP as agent for, Verizon, PO Box 248838, Oklahoma City, OK 73124-8838 |
| 14376717 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 27 2022 23:38:00 | Bayview Loan Servicing, LLC, 4425 Ponce de Leon Boulevard, 5th Floor, Coral Gables, FL 33146-1873 |
| 14313026 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Jan 27 2022 23:38:00 | Bridgecrest Acceptance Corporation, PO Box 2997, Phoenix, Arizona 85062-2997 |
| 14357567 | + | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Jan 27 2022 23:38:00 | Bridgecrest Credit Company LLC, PO Box 29018, Phoenix, AZ 85038-9018 |
| 14364577 | + | Email/Text: bankruptcy@clearviewfcu.org | Jan 27 2022 23:38:00 | Clearview FCU, 8805 University Blvd., Moon Township PA 15108-4212 |
| 15301911 | + | Email/Text: BKMailBayview@bayviewloanservicing.com | Jan 27 2022 23:38:00 | Community Loan Servicing, LLC, 4425 Ponce De Leon Blvd., 5th Floor, Coral Gable, FL 33146-1873 |
| 14339699 | + | Email/Text: ebnjts@grblaw.com | Jan 27 2022 23:38:00 | County of Allegheny, Goehring, Rutter & Boehm, c/o Jeffery R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14313037 | | Email/Text: dl-collectionsbankruptcyteam@drivetime.com | Jan 27 2022 23:38:00 | DT Credit Corp, PO Box 29018, Phoenix, Arizona 85038 |
| 14313038 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 27 2022 23:39:00 | Duquesne Light Company, 411 Seventh Avenue (6-2), Pittsburgh, Pennsylvania 15219-1942 |
| 14376637 | + | Email/Text: kburkley@bernsteinlaw.com | Jan 27 2022 23:39:00 | Duquesne Light Company, c/o Peter J. Ashcroft,, Bernstein-Burkley, P.C.,, 707 Grant St., Suite 2200, Gulf Tower,, Pittsburgh, PA 15219-1945 |
| 14346104 | | Email/Text: ECMCBKNotices@ecmc.org | Jan 27 2022 23:38:00 | ECMC, PO Box 16408, St. Paul, MN 55116-0408 |
| 14661287 | | Email/Text: JCAP_BNC_Notices@jcap.com | Jan 27 2022 23:38:00 | JEFFERSON CAPITAL SYSTEMS LLC, PO Box 7999, St Cloud MN 56302 |
| 14319411 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Jan 27 2022 23:38:00 | Pennsylvania Department of Revenue, Bankruptcy division, P O Box 280946, Harrisburg P A 17128-0946 |
| 14347996 | + | Email/Text: ebnpeoples@grblaw.com | Jan 27 2022 23:38:00 | Peoples Natural Gas Company LLC, c/o S. James Wallace, P.C., 845 North Lincoln Avenue, Pittsburgh, PA 15233-1828 |
| 14339676 | + | Email/Text: ebnpwsa@grblaw.com | Jan 27 2022 23:38:00 | Pittsburgh Water and Sewer Authority, Goehring, Rutter & Boehm, c/o Jeffery R. Hunt, Esquire, 437 Grant Street, 14th Floor, Frick Building, Pittsburgh, PA 15219-6101 |
| 14313047 | + | Email/Text: philadelphia.bnc@ssa.gov | Jan 27 2022 23:38:00 | Social Security Administration, Office of the General Counsel, Region II, 300 Spring Garden Street, Philadelphia, Pennsylvania 19123-2924 |
| 14313048 | + | Email/Text: bknotice@ercbpo.com | Jan 27 2022 23:38:00 | Tmobile, c/o Enhanced Recovery Corp, PO Box 57547, Jacksonville, Florida 32241-7547 |
| 14313049 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 27 2022 23:38:00 | Verizon, 500 Technology Dr Suite 300, Weldon Spring, Missouri 63304-2225 |
| 14313050 | + | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Jan 27 2022 23:38:00 | Verizon Pennsylvania, 500 Technology Drive, Weldon Spring, Missouri 63304-2225 |

| | | | | |
|---|---|---|---|---|
| 14376430 | + | Email/Text: bankruptcynotice@westlakefinancial.com | Jan 27 2022 23:38:00 | WESTLAKE FINANCIAL SERVICES, 4751 WILSHIRE BLVD, SUITE 100, LOS ANGELES CA 90010-3847 |
| 14313051 | + | Email/Text: BankruptcyNotice@westlakefinancial.com | Jan 27 2022 23:39:00 | Westlake Service Inc, 4751 Wilshire Blvd Ste 100, Los Angeles, California 90010-3847 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | BAYVIEW LOAN SERVICING, LLC |
| cr | | Bayview Loan Servicing, LLC |
| cr | | Bayview Loan Servicing, LLC, a Delaware Limited Li |
| cr | | Community Loan Servicing , LLC |
| cr | | Duquesne Light Company |
| cr | *P++ | JEFFERSON CAPITAL SYSTEMS LLC, PO BOX 7999, SAINT CLOUD MN 56302-7999, address filed with court:, Jefferson Capital Systems LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14313022 | * | Allegheny County Courts-Criminal Divisio, 436 Grant Street, Room 220, Pittsburgh, Pennsylvania 15219-2495 |
| 14313033 | *+ | Commonwealth of Pennsylvania-Magisterial, 1901 Center Avenue, Pittsburgh, Pennsylvania 15219-4378 |
| 14313036 | ##+ | Debt Recovery Solution, 900 Merchants Concourse, Suite LL 11, Westbury, New York 11590-5121 |

TOTAL: 5 Undeliverable, 3 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 29, 2022              Signature:       /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 26, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Alexandra Teresa Garcia | on behalf of Creditor BAYVIEW LOAN SERVICING  LLC ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com |
| Andrew M. Lubin | on behalf of Creditor Community Loan Servicing   LLC alubin@milsteadlaw.com, bkecf@milsteadlaw.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC bnicholas@kmllawgroup.com |
| Brian Nicholas | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company bnicholas@kmllawgroup.com |
| Catherine T. Martin | on behalf of Debtor William Gregory Charles martinc@nlsa.us |
| Catherine T. Martin | on behalf of Joint Debtor Barbara Charles martinc@nlsa.us |
| Celine P. DerKrikorian | on behalf of Creditor Bayview Loan Servicing  LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com |

| | | |
|---|---|---|
| District/off: 0315-2 | User: auto | Page 4 of 4 |
| Date Rcvd: Jan 27, 2022 | Form ID: pdf900 | Total Noticed: 51 |

Celine P. DerKrikorian
    on behalf of Creditor BAYVIEW LOAN SERVICING LLC ecfmail@mwc-law.com

Jeffrey R. Hunt
    on behalf of Creditor Pittsburgh Water & Sewer Authority jhunt@grblaw.com

Jeffrey R. Hunt
    on behalf of Creditor County of Allegheny jhunt@grblaw.com

Marisa Myers Cohen
    on behalf of Creditor Community Loan Servicing LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor Bayview Loan Servicing LLC ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Marisa Myers Cohen
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@ecf.courtdrive.com, mcohen@mwc-law.com

Office of the United States Trustee
    ustpregion03.pi.ecf@usdoj.gov

Peter J. Ashcroft
    on behalf of Creditor Duquesne Light Company pashcroft@bernsteinlaw.com ckutch@ecf.courtdrive.com;acarr@bernsteinlaw.com

Raymond M Kempinski
    on behalf of Creditor Bayview Loan Servicing LLC, a Delaware Limited Liability Company ecfmail@mwc-law.com, ecfmail@ecf.courtdrive.com

Ronda J. Winnecour
    cmecf@chapter13trusteewdpa.com

S. James Wallace
    on behalf of Creditor Peoples Natural Gas Company LLC ecfpeoples@grblaw.com Equitablebankruptcy@peoples-gas.com

TOTAL: 18