**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re:   William Gregory Charles and Barbara Charles | Case No. 16-24015 CMB |
|         Debtors | Chapter 13 |

William Gregory Charles and
Barbara Charles
        Movants

v.

No Respondents

### DEBTORS' CERTIFICATION OF DISCHARGE ELIGIBILITY

1. The Debtors have made all payments required by the Chapter 13 Plan.

2. The Debtors are not required to pay any Domestic Support Obligations.

3. The Debtors are entitled to a discharge under the terms of Section 1328 of the Bankruptcy Code. The Debtors have not received a prior discharge in a bankruptcy case within the time frames specified in Section 1328(f)(1) of the Bankruptcy Code. Section 1328(h) of the Bankruptcy Code does not render the Debtors ineligible for a discharge.

4. On February 22, 2022 at docket numbers 120 and 121, each of the Debtors complied with Federal Rule of Bankruptcy Procedure 1007(c) by filing a Certification of Completion of Postpetition Instructional Course in Personal Financial Management.

    This Certification is being signed under penalty of perjury by Undersigned Counsel who duly questioned Debtors about the statements in this Certification and verified the answers in support of this Certification.

Dated: 2/23/22     By:     /s/Catherine T. Martin
                                    Attorney for Debtors
                                    Neighborhood Legal Services
                                    928 Penn Avenue
                                    Pittsburgh, PA 15222
                                    martinc@nlsa.us
                                    412-586-6118
                                    PA Bar ID#29049